IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ALLSTATE INDEMNITY COMPANY, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. 3:09-00197 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| EDDIE R. MAYNARD, | ) | |
| DEBBIE MAYNARD, MATTHEW | ) | |
| MAYNARD, JACOB MAYNARD, | ) | |
| DERRICK J. FOLLMER and | ) | |
| SAMANTHA FOLLMER, | ) | |
| Defendants. | ) | |

**ORDER**

Upon the stipulation of dismissal (Docket Entry No. 17) and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff's claims against the Defendants Derrick J. Follmer and Samantha Follmer are **DISMISSED without prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the _12th_ day of August, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge